IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

                                        Criminal No. 7:25-CR-491 (MJK)
                                        Vio: 18 USC §§ 7, 13

v.                                        NYVTL § 1192.3

MICHAEL K. DAVIS,
                  Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## INFORMATION

### THE UNITED STATES ATTORNEY CHARGES:

### THE COUNT

On or about November 10, 2025, in the Northern District of New York, within the special maritime and territorial jurisdiction of the United States, that is, Fort Drum, New York, the Defendant

### MICHAEL K. DAVIS

did operate a motor vehicle while in an intoxicated condition.

All in violation of Title 18, United States Code, Sections 7 and 13 and New York State Vehicle and Traffic Law § 1192.3, Driving While Intoxicated.

                                                JOHN SARCONE III
                                               United States Attorney

                                        By: _____
                                            MELANIE R. HOFBAUER
                                            Special Assistant U.S. Attorney